# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PRESTON L. SCHOFIELD, KZONIC A. SHOFIELD,**

        **Plaintiffs,**

**-vs-**                                                                               **Case No. 6:06-cv-24-Orl-22DAB**

**HARON ENTERPRISES, RON PRUITT, NANCY HARRINGTON,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Application to Proceed *In Forma Pauperis* (Doc. No. 2) filed on January 9, 2006.

The United States Magistrate Judge has submitted a report recommending that the Applicataion be granted in part, with conditions.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed February 27, 2006 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Application to Proceed *In Forma Pauperis* (Doc. No. 2) is **GRANTED**. Further, the Clerk is directed to terminate Kzonic A. Schofield as a party to this action. This case shall be prosecuted with Preston L. Schofield as the sole Plaintiff.

3. The Clerk of this Court shall mail summons forms to the Plaintiff for completion and return to the Court within fifteen (15) days of mailing.  Once the completed summonses are returned to the Court, the Clerk is directed to provide the completed service forms to the United States Marshal.  Upon receipt of the completed service forms, the United States Marshal is directed to serve them upon the Defendants without cost to the Plaintiff.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 21, 2006.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
United States Marshals Service
Preston L. Schofield, *pro se*